IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROBERT PRAY                       : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 07-CV-4020
MICHAEL J. ASTRUE,                :
Commissioner of Social            :
Security                          :
```

**ORDER**

AND NOW, this 24th day of October, 2008, upon consideration of the plaintiff's Motion for Summary Judgment and the defendant's Response to Request for Review and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and there being no objections thereto, it is hereby ORDERED THAT:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgment is GRANTED.

3. This matter is REMANDED to the Commissioner of the Social Security Administration.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,          J.